Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of "Schippach Pencil Clay," not a ball clay, similar in all material respects to that the subject of *Joseph Dixon Crucible Company* v. *United States* (37 Cust. Ct. 157, C. D. 1816), the claim of the plaintiff was sustained.

**No. 61205.**—D. C. Andrews & Co., Inc. v. United States, protest 288838–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 61206.**—Ebeling & Reuss Co. v. United States, protests 291157–K, etc. (Philadelphia).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.  ·

BEFORE THE FIRST DIVISION, SEPTEMBER 20, 1957

**No. 61207.**—Dan Brechner & Co. v. United States, protest 299542–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid figures similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (24 Cust. Ct. 77, C. D. 1211), the claim of the plaintiff was sustained.

**No. 61208.**—Dan Brechner & Co. v. United States, protest 299543–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.